IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORA ANN TURNER                                                PETITIONER

vs.                            CIVIL ACTION NO. 5:13-cv-107-DCB-MTP

CHRISTOPHER EPPS                                        RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 8]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Respondent Christopher Epps' Motion **[7]** to Dismiss is **GRANTED** and Petitioner Cora Ann Turner's Petition **[1]** for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED** with prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>14th</u> day of May, 2014.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE